IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ADAMS, | 1:05-CV-01041-AWI-DLB-P |
| Plaintiff, | ORDER DIRECTING FURTHER SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| vs. | |
| P. SCHULTZ, et al., | |
| | ORDER GRANTING DEFENDANTS' APPLICATION FOR A DATE CERTAIN TO RESPOND TO THE COMPLAINT |
| Defendants. | |
| / | (Doc. 16) |

   Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance.  Plaintiff filed the required papers.

   On December 1, 2006, the court issued an order for the United States Marshal to serve process upon federal defendants in this action.  However, the court's order failed to specify service upon the United States as required by Rule 4(i) of the Federal Rules of Civil Procedure.  Therefore, the court shall order further service in this action by the United States Marshal

1

pursuant to Rule 4(i).

On April 20, 2007, defendants filed an ex parte application for a date certain to respond to the complaint. Defendants' application shall be granted herein.

Accordingly, IT IS HEREBY ORDERED that:

1. The ex parte application filed by defendants on April 20, 2007, is GRANTED IN PART. Defendants shall file a response to the complaint within 25 days from the date service is completed upon all defendants pursuant to Rule (4)(i).

2. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1)    Four (4) copies of the summons issued for each defendant;

    (2)    Four (4) copies of the complaint filed on August 12, 2005;

    (3)    Four (4) copies of this order;

    (4)    Four (4) copies of the court's consent form.

3. Within thirty days from the date of this order, the United States Marshal is directed to complete service of this action in accordance with the provisions of Fed. R. Civ. P. 4(i), and 28 U.S.C. § 566(c) by serving:

    a.    The U.S. Attorney's Office with the above documents regarding each defendant, as required by Rule 4(i)(2)(A); and

    b.    The Attorney General's Office with the above documents regarding the defendants, likewise as required by Rule 4(i)(2)(A);

4. The United States Marshal is directed to retain the summons and a copy of the complaint in their file for further use.

IT IS SO ORDERED.

Dated:   May 11, 2007           /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE