McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. ADAMS, | 1:05-CV-01041 AWI-DLB |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER EXTENDING DEADLINE BY WHICH TO FILE RULE 12(B) MOTION; ORDER** |
| v. | |
| PAUL M. SCHULTZ, WARDEN; C. GANT; ASSIST. WARDEN; MR. ARMENDARIZ, UNIT MANAGER; S. KNOLL, SHU LIEUTENANT | |
| Defendants. | |

Pursuant to Local Rule 6-144(c), defendants Paul M. Schultz, C. Gant, Mr. Armendariz and S. Knoll ("defendants") request by way of this ex parte application for the court to issue an order extending their deadline by which to file any necessary Rule 12(b) motions in this case four weeks, from Friday, December 14, 2007 to Friday, January 11, 2007.

Defendants base their request on the following:

1.  Plaintiff Robert K. Adams filed suit in this case against defendants for conduct he alleges to have occurred within the scope of their federal employment within the Bureau of Prisons. On October 26, 2007, the Court issued its Discovery Order/Scheduling Order

**EX PARTE APPLICATION FOR ORDER EXTENDING DEADLINE BY WHICH TO FILE RULE 12(B) MOTION**

regarding this case.  (Doc. 23).  It provides that any unenumerated Rule 12(b) motions must be filed by December 14, 2007.

    2.  By the time defendants' undersigned litigation counsel received the above order, he already faced the followed deadlines calendared in other cases: (1) a motion to dismiss/motion to stay discovery in another prisoner case by December 7, 2007, (2) a reply to a motion to dismiss due in yet another prisoner case on December 12, 2007 and (3) a summary judgment in a FOIA case on December 12, 2007. (Enos Decl., para. 3).  In addition, since he received the above order, he also learned or his need to file a reply brief in a tort case (before this court) on December 14, 2007. (Ibid.) He is also in the midst of scheduling several depositions in an employment case the first part of January 2008. (Ibid.)

    3.  Based on the above, it will be exceedingly difficult for defendants to properly prepare and file any Rule 12(b) motion in this action by December 14. 2007.  Accordingly, defendants respectfully request an additional four weeks, or until January 11, 2007, by which to timely file their Rule 12(b) motion in this case.

    4.  Plaintiff, acting pro se, is presently incarcerated. (Enos Decl, para. 5).  Accordingly, defendants are unable to obtain a timely stipulation with plaintiff regarding this scheduling issue.

    5.  In light of the foregoing, defendants respectfully request that the Court provide them with an additional four weeks, or through January 11, 2008, by which to prepare and file any necessary Rule

///
///
///

1  12(b) motions in this case.

2                                          Respectfully submitted,

3  Dated: December 3, 2007                 McGREGOR W. SCOTT
                                           United States Attorney

6                                     By:  /s/ Brian W. Enos_____
                                           BRIAN W. ENOS
                                           Assistant U.S. Attorney

         IT IS SO ORDERED.

         **Dated:   December 11, 2007**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

**EX PARTE APPLICATION FOR ORDER EXTENDING DEADLINE BY WHICH TO FILE RULE 12(B) MOTION**