UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. ADAMS, ) | CV F- 05-1041 AWI DLB P |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY (30) DAYS |
| v. ) | |
| P. SCHULTZ, et. al., ) | (Doc. 27) |
| Defendants. ) | |

I.  Order

    A.  Procedural History

Plaintiff is a prisoner in federal custody at the United States Penitentiary in Jonesville, Virginia. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's complaint, filed August 12, 2005, against defendants P. Schultz, C. Gant, Armendariz, and S. Knoll ("defendants"). On January 11, 2008, defendants filed a motion to dismiss for failure to exhaust, failure to state a claim upon which relief can be granted, and failure to allege a basis for the Court's subject matter jurisdiction. Fed. R. Civ. P. 12(b), 12(b)(1) and 12(b)(6). To date, plaintiff has not filed an opposition.

///

1  On February 4, 2008, defendants filed a memorandum/reply requesting that the action be
2  dismissed in its entirety, without leave to amend, due to plaintiff's failure to serve or file an
3  opposition.  Local Rule 78-230(m).
4  It is HEREBY ORDERED that within thirty (30) days of the service of this order plaintiff is
5  to file an opposition to defendants' motion to dismiss.  Plaintiff is advised that failure to file an
6  opposition will result in the court issuing findings and recommendations that this action be dismissed
7  for failure to obey a court order.

11  IT IS SO ORDERED.
12  **Dated:   April 28, 2008**                                **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE