UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. ADAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>P. SCHULTZ, et. al.,<br><br>        Defendants. | CASE NO: 1:05-CV-01041 AWI DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 30) |

    Plaintiff Robert Adams, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 9, 2008, is adopted in full;
2. This action is dismissed for plaintiff's failure to obey the court's order of April 28, 2008; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   July 25, 2008**                              /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE